# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | 240780 |
| Trans | 147283 |

Received From:     **GERALD M. VILLANUEVA**
Case Number:
Reference Number:  CV 02-779DAE

|  | Check | 8.00 |
|---|---|---|
|  | Total | 8.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 8.00 |

*re: appeal 07-16163*

|  | Total | 8.00 |
|---|---|---|
|  | Tend | 8.00 |
|  | Due | 0.00 |

09/05/2007 03:40:43 PM     Deputy Clerk: et/LG