# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **240782** |
| Trans | 147285 |

Received From: **GERLAD M. VILLANUEVA**
Case Number:
Reference Number: **CV 02-779DAE**

| | | |
|---|---|---|
| | Check | 8.00 |
| | Total | 8.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 8.00 |
| | | **Total** | **8.00** |
| | | Tend | 8.00 |
| | | Due | 0.00 |

09/05/2007 03:42:49 PM        Deputy Clerk:  et/LG