# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 241428 |
|---|---|
| Trans | 148175 |

Received From:   **GERALD M. VILLANUEVA**
Case Number:
Reference Number:   **CV 02-779 DAE**

|  | Check | 25.20 |
|---|---|---|
|  | Total | 25.20 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 25.20 |
|  | **Total** | | **25.20** |
|  | Tend | | 25.20 |
|  | Due | | 0.00 |

11/02/2007 01:19:03 PM    Deputy Clerk:  bb/LG