# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **241429** |
| Trans | 148176 |

Received From:   **GERALD M. VILLANUEVA**

Case Number:

Reference Number:   **CV 02-779 DAE**

| | | |
|---|---|---|
| Check | | 25.20 |
| Total | | 25.20 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 25.20 |
| | | **Total** | **25.20** |
| | | Tend | 25.20 |
| | | Due | 0.00 |

11/02/2007 01:19:28 PM       Deputy Clerk:  bb/LG