# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 242616 |
|---|---|
| Trans | 149771 |

Received From: **GERALD VILLANUEVA**
Case Number:
Reference Number: CV 02-779

|  | Check | 21.85 |
|---|---|---|
|  | Total | 21.85 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 21.85 |
|  | **Total** | | **21.85** |
|  | Tend | | 21.85 |
|  | Due | | 0.00 |

02/15/2008 02:15:46 PM        Deputy Clerk:  ag/AG