# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

Receipt  243509

Trans  151050

Received From:  **GERALD VILLANUEVA**
Case Number:
Reference Number:  CV 02-779

|  | Check | 15.00 |
|---|---|---|
|  | Total | 15.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 15.00 |
|  | **Total** | | 15.00 |
|  | Tend | | 15.00 |
|  | Due | | 0.00 |

05/08/2008 01:46:09 PM    Deputy Clerk:  ag/AG