# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

```
For Internal Use Only
Receipt      243511
Trans        151052
```

Received From:     **GERALD VILLANUEVA**
Case Number:
Reference Number:  CV 02-779DAE

|  | Check | 15.00 |
|---|---|---|
|  | Total | 15.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 15.00 |
|  | **Total** |  | **15.00** |
|  | Tend |  | 15.00 |
|  | Due |  | 0.00 |

05/08/2008 01:48:20 PM     Deputy Clerk:  ag/AG