# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 244836 |
|---|---|
| Trans | 152822 |

Received From:   **GERALD M. VILLANUEVA**
Case Number:
Reference Number:   **CV 02-779 DAE**

|  | Check | 15.25 |
|---|---|---|
|  | Total | 15.25 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 15.25 |
|  |  | **Total** | **15.25** |
|  |  | Tend | 15.25 |
|  |  | Due | 0.00 |

09/09/2008 02:34:34 PM        Deputy Clerk:  verna/VC